

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-13-01059-CV

**Tyrone Tanner**

v.

**Kathleen Black**

NO. 12-DCV-198557 IN THE 434TH DISTRICT COURT OF FORT BEND COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 06/16/2014 | E-PAID | APE |
| MT FEE | $10.00 | 04/11/2014 | E-PAID | ANT |
| RPT RECORD | $75.00 | 03/21/2014 | PAID | ANT |
| CLK RECORD | $162.00 | 01/02/2014 | PAID | ANT |
| FILING | $175.00 | 12/10/2013 | E-PAID | ANT |
| STATEWIDE EFILING | $20.00 | 12/10/2013 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $452.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this May 22, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**